# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PERRY N. GUMBS**

               V.             **CASE NUMBER: 8:06-CV-1046(NAM/DRH)**

**UNITED STATES ATTORNEY GENERAL;
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; and UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PETITIONER against RESPONDENTS, remanding the naturalization application to CIS for immediate action and denying any other relief requested pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue dated October 16, 2007.

DATED:    October 16, 2007

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp